# SCHEDULE A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

# SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-6082
Owner: Estate of Wilfrido Garza, *et al.*,
Acres: 1.361

**Being** a 1.361 acre (59,271 square feet) parcel of land, more or less, being out of the Juan B. Villareal Survey, Abstract No. 183, Porción 75, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Tract No. 68, Share 18 as described in Volume 52, Page 4, Deed Records of Starr County, Texas, and being out of a called 8.31 acre tract conveyed to Wilfrido Garza by Warranty Deed Surface Rights Only recorded in Volume 1402, Page 225, Official Records of Starr County, Texas (Parcel 16, Tract 68, Share 18, Porción 75), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1" iron pipe at the northeast corner of the 8.31 acre tract and the northwest corner of a called 5.44 acre tract conveyed to Miguel Rodriguez by Partition Agreement recorded in Volume 425, Page 528, Deed Records of Starr County, Texas (Parcel No. Ten), and being the same tract of land conveyed to Alfredo G. Rodriguez and Ella Rodriguez, Trustees of the Alfredo G. Rodriguez and Ella Rodriguez Living Trust of 2014 by Trust Transfer Deed recorded in Volume 1429, Page 498, Official Records of Starr County, Texas (Second Tract), said point being in the north line of Tract No. 68, Share 18, the south line of a called 5.050 acre tract conveyed to Roberto M. Gonzalez and Lesbia H. Gonzalez by Warranty Deed recorded in Volume 398, Page 314, Deed Records of Starr County, Texas (Parcels 2-4, Tract 69, Share 12) and the north right-of-way line of Leo Road (called 30' width) as recorded in Volume 1009, Page 768, Official Records of Starr County, Texas, said point having the coordinates of N=16660661.182, E=860247.646, said point bears N 80°44'44" E, a distance of 4711.29' from United States Army Corps of Engineers Control Point No. SS11-2019;

**Thence:** S 09°40'10" W (N 09°45'50" E, Record), departing the north right-of-way line of Leo Road, the north line of Tract No. 68, Share 18, and the south line of the 5.050 acre tract, with the east line of the 8.31 acre tract and the west line of the 5.44 acre tract, for a distance of 1027.72' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6021-1=6082-1" for the **Point of Beginning** and northeast corner of Tract RGV-RGC-6082, said point being in the east line of the 8.31 acre tract and the west line of the 5.44 acre tract, said point having the coordinates of N=16659648.066, E=860075.026;

**Thence:** S 09°40'10" W (N 09°45'50" E, Record), continuing with the east line of the 8.31 acre tract and the west line of the 5.44 acre tract, passing at 264.82' a set 5/8" rebar with

an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: “RGV-RGC-6021-5=6082-2” for reference, continuing for a total distance of 337.15’ to a calculated point for the southeast corner of Tract RGV-RGC-6082, said point being at the southeast corner of the 8.31 acre tract and the southwest corner of the 5.44 acre tract, said point being in the north line of Tract No. 85, Share 20 as described in Volume 52, Page 4, Deed Records of Starr County, Texas, and the north line of called 39.54 acre tract conveyed to David Domingo Porras and Juan Jose Porras by Special Warranty Deed recorded in Volume 990, Page 500, Official Records of Starr County, Texas (Tract Four) and being the same tract of land conveyed to Jesus Porras, Jr., Domingo P. Porras, Juan J. Porras and Francisco Porras by Affidavit of Heirship recorded in Volume 431, Page 398, Deed Records of Starr County, Texas;

**Thence** N 80°30’34” W (N 80°14’10” W, Record), with the south line of the 8.31 acre tract, the south line of Tract No. 68, Share 18, the north line of Tract No. 85, Share 20, and the north line of the 39.54 acre tract, passing at 74.54’ a set 5/8” rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: “RGV-RGC-6019-5=6082-3” for reference, continuing for a total distance of 272.00’ to a set 5/8” rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: “RGV-RGC-6020-1=6082-4” for the southwest corner of Tract RGV-RGC-6082, said point being at the southwest corner of the 8.31 acre tract and the southeast corner of a called 8.06 acre tract conveyed to Cruz Garza, Jr. by Warranty Deed recorded in Volume 470, Page 605, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Alfredo G. Rodriguez and Ella Rodriguez, Trustees of the Alfredo G. Rodriguez and Ella Rodriguez Living Trust of 2014 by Trust Transfer Deed recorded in Volume 1429, Page 498, Official Records of Starr County, Texas (Second Tract), said point being in the south line of Tract No. 68, Share 18, the north line of Tract No. 85, Share 20, and the north line of the 39.54 acre tract;

**Thence:** N 09°40’10” E (N 09°45’50” E, Record), departing the south line of Tract No. 68, Share 18, the north line of Tract No. 85, Share 20, and the north line of the 39.54 acre tract, with the west line of the 8.31 acre tract and the east line of the 8.06 acre tract, for a distance of 87.51’ to a set 5/8” rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: “RGV-RGC-6020-3=6082-5” for the northwest corner of Tract RGVRGC-6082, said point being in the west line of the 8.31 acre tract and the east line of the 8.06 acre tract;

**Thence:** departing the east line of the 8.06 acre tract, over and across the 8.31 acre tract, the following courses and distances:

- N 55°26’22” E, for a distance of 295.88’ to a set 5/8” rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: “RGV-RGC-6082-6” for angle in the north line of Tract RGV-RGC-6082;
- N 63°20’45” E, for a distance of 74.45’ to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED





LEGEND
5/8" REBAR W/ "MDS" CAP SET
CALCULATED POINT
CONTROL POINT
FOUND MONUMENT
DRSC DEED RECORDS OF STARR COUNTY
IPF 1" IRON PIPE FOUND
IRF 1/2" IRON ROD FOUND (UNLESS OTHERWISE NOTED)
ORSC OFFICIAL RECORDS OF STARR COUNTY
PG PAGE
POB POINT OF BEGINNING
POC POINT OF COMMENCING
SBF SQUARE BAR FOUND
VOL VOLUME
ACQUISITION BOUNDARY
ADJOINING ACQUISITION BOUNDARY
BRUSH/VEGETATION
PL
PROPERTY LINE
WIRE FENCE
SEE SHEET 6

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | N 80°44'44" E | 4711.29' | N/A | N/A |
| L2 | S 09°40'10" W | 1027.72' | N 09°45'50" E | N/A |
| L3 | S 09°40'10" W | 264.82' | N 09°45'50" E | N/A |
| L4 | S 09°40'10" W | 72.33' | N 09°45'50" E | N/A |
| L5 | N 80°30'34" W | 197.46' | N 80°14'10" W | N/A |
| L6 | N 09°40'10" E | 87.51' | N 09°45'50" E | N/A |
| L7 | N 55°26'22" E | 295.88' | N/A | N/A |
| L8 | N 63°20'45" E | 74.45' | N/A | N/A |
| L9 | N 80°30'34" W | 74.54' | N 80°14'10" W | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT DESCRIPTION |
|---|---|---|---|
| 1 | 16659648.066 | 860075.026 | RGV-RGC-6021-1=6082-1 |
| 2 | 16659387.005 | 860030.545 | RGV-RGC-6021-5=6082-2 |
| 3 | 16659327.989 | 859944.872 | RGV-RGC-6019-5=6082-3 |
| 4 | 16659360.546 | 859750.117 | RGV-RGC-6020-1=6082-4 |
| 5 | 16659446.818 | 859764.817 | RGV-RGC-6020-3=6082-5 |
| 6 | 16659614.666 | 860008.484 | RGV-RGC-6082-6 |
| 7 | 16660661.182 | 860247.646 | POC RGV-RGC-6021 6082 |
| 8 | 16659315.698 | 860018.396 | RGV-RGC-6082-2-1 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 11/20/2023.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. TITLE RESEARCH WAS PROVIDED BY CRB-PLS, LLC (DATED APRIL 26, 2023).

MDS
LAND SURVEYING
COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
874 HARPER ROAD, SUITE 104 - KERRVILLE, TX 78028 - 830-816-1818

Drawing Ref. No. SHEET 5 OF 7

**METES & BOUNDS SURVEY**
**WILFRIDO GARZA, ET AL**
**TRACT No. RGV-RGC-6082**
**STARR COUNTY** **TEXAS**

Mark Description Date Appr.
1 Owner revision
2 Owner revision
3 Boundary revision
CONTRACT NO.: W91278-14-D-0013
T.O.: W45XMA815779870001

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 2/24 |
| Checked | LMK | 2/24 |
| Surveyor | JDB | 2/24 |
| Fld.Bk. # | | |

TEXAS LICENSED SURVEYING FIRM B&F ENGINEERING, INC. NO. 10193942

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 23-600-00 FILE NAME: RGV-RGC-6082 DATE: 2/15/2024

**1**
WILFRIDO GARZA
CALLED 8.31 ACRES
WARRANTY DEED
SURFACE RIGHTS ONLY
VOL. 1402, PG. 225 ORSC
(PARCEL 16, TRACT 68, SHARE 18)

ELIGIO RODRIGUEZ
PARTITION AGREEMENT
VOL. 425, PG. 528 DRSC

REMAINING AREA: 6.910 ACRES

**2**
CRUZ GARZA, JR.
CALLED 8.06 ACRES
WARRANTY DEED
VOL. 470, PG. 605 DRSC

ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ,
TRUSTEES OF THE
ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ
LIVING TRUST OF 2014
TRUST TRANSFER DEED
VOL. 1429, PG. 498 ORSC
(SECOND TRACT)

**3**
MIGUEL RODRIGUEZ
CALLED 5.44 ACRES
PARTITION AGREEMENT
VOL. 425, PG. 528 DRSC
(PARCEL No. TEN)

ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ,
TRUSTEES OF THE
ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ
LIVING TRUST OF 2014
TRUST TRANSFER DEED
VOL. 1429, PG. 498 ORSC
(SECOND TRACT)

**4**
MIGUEL RODRIGUEZ
CALLED 4.36 ACRES
PARTITION AGREEMENT
VOL. 425, PG. 528 DRSC
(PARCEL No. ELEVEN)

ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ, TRUSTEES
TRUST TRANSFER DEED
VOL. 1429, PG. 498 ORSC
(THIRD TRACT)

**5**
DAVID DOMINGO PORRAS
& JUAN JOSE PORRAS
CALLED 39.54 ACRES
SPECIAL WARRANTY DEED
VOL. 990, PG. 500 ORSC
(TRACT FOUR)

JESUS PORRAS, JR.,
DOMINGO P. PORRAS,
JUAN J. PORRAS
& FRANCISCO PORRAS
AFFIDAVIT OF HEIRSHIP
VOL. 431, PG. 398 DRSC

**6**
JOSE MANUEL VILLARREAL
& ARMANDINA B. VILLARREAL
CALLED 131.63 ACRES
SPECIAL WARRANTY DEED
VOL. 1498, PG. 760 ORSC
(TRACT II)

**7**
ALFREDO RODRIGUEZ OLIVAREZ,
ALONZO RODRIGUEZ OLIVAREZ
& MARTIN RODRIGUEZ OLIVAREZ
CALLED 2.96 ACRES
WARRANTY DEED
VOL. 376, PG. 342 DRSC

ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ, TRUSTEES
TRUST TRANSFER DEED
VOL. 1429, PG. 503 ORSC

**8**
JOSE MANUEL VILLARREAL
CALLED 1.899 ACRES
WARRANTY DEED W/
RESERVATION OF LIFE ESTATE
VOL. 610, PG. 243 ORSC

**9**
ROBERTO M. GONZALEZ
& LESBIA H. GONZALEZ
CALLED 5.050 ACRES
WARRANTY DEED
VOL. 398, PG. 314 DRSC
(PARCELS 2-4,
TRACT 69, SHARE 12)

**10**
FEDERICO J. VILLARREAL
CALLED 0.1580 ACRE
WARRANTY DEED
VOL. 590, PG. 564 ORSC
(SECOND TRACT)

**11**
NO DEED OF
RECORD FOUND

**12**
JOSE M. VILLARREAL
CALLED 1.901 ACRES
GIFT DEED
VOL. 900, PG. 55 ORSC
(PARCEL 7)

**13**
MANUEL RODRIGUEZ
CALLED 8.06 ACRES
PARTITION AGREEMENT
VOL. 425, PG. 528 DRSC
(PARCEL No. TWENTY)

ALFREDO G. RODRIGUEZ
& ELLA RODRIGUEZ, TRUSTEES
TRUST TRANSFER DEED
VOL. 1429, PG. 498 ORSC
(THIRD TRACT)

JUAN MANUEL CORTEZ JR.
& EDIEL CORTEZ
WARRANTY DEED OF GIFT
INST. No. 2018-345442 ORSC
(PARCEL No. 20)

**14**
LUZ RODRIGUEZ, ET AL
CALLED 13.79 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 83, SHARE No. 19)

JESUS L. VILLARREAL
WARRANTY DEED
VOL. 225, PG. 479 DRSC

JOSE MANUEL VILLARREAL
GIFT DEED
VOL. 970, PG. 56 ORSC

JOSE MANUEL VILLARREAL
& ARMANDINA B. VILLARREAL
SPECIAL WARRANTY DEED
VOL. 1498, PG. 760 ORSC
(TRACT I)

**15**
DELFINA PORRAS DE RODRIGUEZ
CALLED 13.03 ACRES
CERTIFIED COPY OF
FINAL DECREE OF PARTITION
VOL. 157, PG. 1 DRSC
(SHARE 15)

**16**
JUAN J. PORRAS
CALLED 3.81 ACRES
CERTIFIED COPY OF
FINAL DECREE OF PARTITION
VOL. 157, PG. 1 DRSC
(SHARE 14)

**17**
STARR PRODUCE COMPANY
REMAINDER OF
CALLED 209.77 ACRES
RELEASE OF LIEN
VOL. 1113, PG. 305 ORSC
(TRACT 4)

**18**
MARIA DINA PORRAS GUTIERREZ
CALLED 5.21 ACRES
SPECIAL WARRANTY DEED
VOL. 900, PG. 558 ORSC
(SHARE 12)

**19**
STARR PRODUCE COMPANY
CALLED 34.49 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 11-A)

**20**
JOSE MANUEL VILLARREAL
& ARMANDINA B. VILLARREAL
CALLED 1.90 ACRES
DEED OF TRUST
INST. No. 2019-353379 ORSC
(PARCEL 8)

MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
674 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-896-1818

Drawing Ref. No.
SHEET 6 OF 7

**METES & BOUNDS SURVEY**
**WILFRIDO GARZA, ET AL**
**TRACT No. RGV-RGC-6082**
**STARR COUNTY** **TEXAS**

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Owner revision | 10/23/23 | |
| 2 | Owner revision | 2/1/24 | |
| 3 | Boundary revision | 2/15/24 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA81577987001

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 2/24 |
| Checked | LMK | 2/24 |
| Surveyor | JDB | 2/24 |
| Fld.Bk. # | | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6869
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 23-600-00 FILE NAME: RGV-RGC-6082 DATE: 2/15/2024



SCALE: 1" = 400'

0'    400'    800'

PLAT SHOWING: A 1.361 ACRE (59,271 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF THE JUAN B. VILLAREAL SURVEY, ABSTRACT No. 183, PORCIÓN 75, ANCIENT JURISDICTION OF CAMARGO, MEXICO, NOW STARR COUNTY, TEXAS, BEING OUT OF TRACT No. 68, SHARE 18 AS DESCRIBED IN VOLUME 50, PAGE 4, DEED RECORDS OF STARR COUNTY, TEXAS, AND BEING OUT OF A CALLED 8.31 ACRE TRACT CONVEYED TO WILFRIDO GARZA BY WARRANTY DEED SURFACE RIGHTS ONLY RECORDED IN VOLUME 1402, PAGE 498, OFFICIAL RECORDS OF STARR COUNTY, TEXAS (PARCEL 16, TRACT 68, SHARE 18), AND BEING THE SAME TRACT OF LAND CONVEYED TO ELIGIO RODRIGUEZ BY PARTITION AGREEMENT RECORDED IN VOLUME 425, PAGE 528, DEED RECORDS OF STARR COUNTY, TEXAS.

I, JEFF BOERNER, TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR No. 4939, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PREFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS, AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.

JEFF BOERNER    R.P.L.S. # 4939    2/15/2024    DATE

JEFF BOERNER
4939

LAND SURVEYING
COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019000
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1616

(#) SEE SHEET 6

PARENT TRACT
REMAINDERS

| | | |
|---|---|---|
| **METES & BOUNDS SURVEY** | | |
| **WILFRIDO GARZA, ET AL** | | |
| **TRACT No. RGV-RGC-6082** | | |
| **STARR COUNTY** | **TEXAS** | |

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Owner revision | 11/28/96 | |
| 2 | Owner revision | 2/1/04 | |
| 3 | Boundary revision | 2/15/04 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 2/04 |
| Checked | LMK | 2/04 |
| Surveyor | JDB | 2/04 |
| Fld.Bk. # | | |

CONTRACT NO.: W91270-14-D-0013
T.O.: W45XMAB1577967D001

TEXAS LICENSED SURVEYING FIRM
BEF ENGINEERING, INC.
NO. 10192843

ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com

MDS PROJ. NO. 23-600-00    FILE NAME: RGV-RGC-6082    DATE: 2/15/2024

US Army Corps of Engineers

# SCHEDULE E

# SCHEDULE E

## ESTATE TAKEN

Starr County, Texas

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

# SCHEDULE F

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINETEEN THOUSAND FIFTY-FOUR DOLLARS AND NO/100 CENTS ($19,054.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Irene Stach, Executrix of The Estate of Wilfrido Garza**<br>c/o Mark M. Talbot<br>Villeda Law Group<br>6316 N. 10th Street, Building B<br>McAllen, Texas 78504 | **RGV-RGC-6082**<br>Warranty Deed Surface Rights Only, Doc. 2013-315232, Vol. 1402, Pg. 225, Recorded Dec. 23, 2023, Official Records of Starr County, Texas |
| **Alfredo G. Rodriguez and Ella Rodriguez, Trustees of the Alfredo G. Rodriguez and Ella Rodriguez Living Trust of 2014**<br>[redacted]<br>Westminster, California [redacted] | **RGV-RGC-6082**<br>Trust Transfer Deed, Doc. 2014-320294, Vol. 1429, Pg. 498, Recorded Oct. 17, 2014, Official Records of Starr County, Texas; and<br><br>Warranty Deed, Doc. 1975-87700, Vol. 384, Pg. 631, Recorded Apr. 7, 1975, Official Records of Starr County, Texas |
| **Unknown Heirs/Devisees of Eligio Rodriguez a/k/a Estanislado Rodriguez** | **RGV-RGC-6082**<br>Final Decree of Partition, Cause. No. 806 *Kelsey*, et al., *v. Resendez*, et al., Doc. 1925-806, Vol. 52, Pg. 4, Recorded Aug. 31, 1925, Official Records of Starr County, Texas |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N. FM 3167, Suite 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-6082**<br>Tax Account No. 0034047<br>AB 183 POR 75 J B VILLARREALPT SH 687260-01683-01 (A7990A) |